**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:                                                                                                  Case No. 9-14-bk-01906-FMD
                                                                                                        Chapter 13
Dorothy Wright

    Debtor.
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

**A preliminary hearing in this case will be held on July 19, 2018 at 2:15 *pm* before the Honorable Caryl E. Delano, United States Bankruptcy Judge, in Courtroom E, Room 4-117, 2110 First Street, Ft. Myers, Florida to consider and act upon this matter.**

    JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1.    The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on February 24, 2014.

    2.    On November 21, 2016 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2016.

    3.    It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide her 2017 federal income tax return and any refund she might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

    WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically and/or by U.S. Mail to **Dorothy Wright**, Debtor, 662 Skylark Lane, Port Charlotte, FL 33952 and **David W. Fineman, Esquire**, Attorney for Debtor, c/o Dellutri Law Group, PA, 1436 Royal Palm Square Blvd., Ft. Myers, FL  33919 this 15th day of June 2018.

    /s/ Jon M. Waage
    Jon M. Waage
    Chapter 13 Standing Trustee
    Post Office Box 25001
    Bradenton, Florida 34206-5001
    Phone:  (941) 747-4644
    Fax:     (941) 750-9266

JMW/sn                                                                                                         C13T 06/15/18